FILED
24 MAY 04 AM 10:18
DISTRICT OF UTAH
BY: _____

RECEIVED CLERK
MAY 18 2004
U.S. DISTRICT COURT

Jesse C. Trentadue (#4961)
Michael W. Homer (#1535)
Kathleen M. Liuzzi (#7924)
*SUITTER AXLAND*
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480
Telephone: (801) 532-7300
Facsimile: (801) 532-7355

*Attorneys for Utah County Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER, DEBBIE WALKER, PATTI WALKER STRATTON, CHAD STRATTON, TYREE and AMY LAMPH, individually, and for and on behalf of DAKOTA ("CODY") LAMPH, and DEBBIE WALKER, as Personal Representative of the ESTATE OF DAVID WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>UTAH COUNTY, DAVID BATEMAN, Sheriff of Utah County, in his official and individual capacity, SGT. JERRY MONSON, DETECTIVES DARIN DURFEY, PATTY JOHNSTON and TOM HODGSON, DEPUTIES RICHARD CASE, GILBERT MERET (LANCE) McDANIEL, all of the Utah County Sheriff's Department, in their individual capacities, and GORDON SMITH, officer of the Department of Public Safety, Orem City, individually, and the CITY OF OREM,<br><br>Defendants. | ***ORDER*** ON UTAH COUNTY DEFENDANTS' ***MOTION TO DISMISS***<br><br>Case No. 2:02CV 0253 TS<br><br>Judge Ted Stewart |



The Court heard oral argument on Utah County Defendants' *Motion to Dismiss* on May 7, 2004. Plaintiffs were represented by Ralph E. Chamness, Lauren I. Scholnick and Margaret D. Plane. Pleasant Grove Defendants were represented by Peter Stirba. Utah County Defendants were represented by Jesse C. Trentadue. The Court having considered the arguments of counsel, the submissions of record and being otherwise fully advised on this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Utah County Defendants' *Motion to Dismiss* is denied as to all claims related to their alleged detention of Plaintiffs because the right these Defendants are alleged to have violated was clearly established at the time of the incident in question.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED based upon the holding in *Watson v. City of Kansas City*, 857 F.2d 690 (10th Cir. 1988), and Plaintiffs' counsel's concession at oral argument that this claim should be dismissed the *Motion to Dismiss* is granted as to all claims related to Deputies Case and Gilbert's alleged refusal to aid in the search for David Walker in the absence of a criminal complaint.

DATED this 21st day of May, 2004.

BY THE COURT

_____
Honorable Ted Stewart
United States District Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2004, I caused a true and correct copy of the foregoing *ORDER* ON UTAH COUNTY DEFENDANTS' *MOTION TO DISMISS* to be served, via first-class United States mail, postage prepaid, upon the following:

Ralph E. Chamness
Strindberg & Scholnick, LLC
44 Exchange Place, 2nd Floor
Salt Lake City, UT 84111

Edward K. Brass, Esq.
175 East 400 South, Suite 400
Salt Lake City, UT 84111
  *Attorneys for Plaintiffs*

Peter Stirba, Esq.
Gary Guelker, Esq.
STIRBA & ASSOCIATES
215 South State Street, Suite 1150
Salt Lake City, UT 84111
  *Attorneys for City of Pleasant Grove*

Allan L. Larson, Esq.
Andrew Morse, Esq.
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Suite 1100
PO Box 45000
Salt Lake City, UT 84145-5000
  *Attorneys for City of Orem*

Margaret D. Plane
American Civil Liberties Union
of Utah Foundation, Inc.
355 North 300 West, Suite 1
Salt Lake City, UT 84103

G:\4530\40\ORDER_Motion to Dimiss.wpd

```
                                                                  jmr
                    United States District Court
                              for the
                         District of Utah
                          May 24, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:02-cv-00253



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Kathleen M. Liuzzi, Esq.
        DUNN & DUNN
        505 E 200 S 2ND FL
        SALT LAKE CITY, UT  84102

        Ralph E. Chamness, Esq.
        STRINDBERG & SCHOLNICK
        44 EXCHANGE PL 2ND FL
        SALT LAKE CITY, UT  84111
        EMAIL

        Margaret D. Plane, Esq.
        AMERICAN CIVIL LIBERTIES UNION OF UTAH
        355 N 300 W STE 1
        SALT LAKE CITY, UT  84103
        EMAIL

        Mr. Peter Stirba, Esq.
        STIRBA & ASSOCIATES
        215 S STATE STE 1150
        SALT LAKE CITY, UT  84111
        EMAIL

        Mr. Allan L Larson, Esq.
        SNOW CHRISTENSEN & MARTINEAU
        10 EXCHANGE PLACE
        PO BOX 45000
        SALT LAKE CITY, UT  84145-5000
        EMAIL
```