IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER, et al., <br><br> Plaintiffs, <br><br><br> vs. <br><br><br> CITY OF OREM, et al. <br><br> Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION TO CONTINUE TRIAL <br><br><br><br><br><br> Case No. 2:02-CV-253 TS |

This matter comes before the Court in response to several filings regarding a continuation of trial currently scheduled for October 9, 2007 in the above-referenced case.

Plaintiff filed a Motion to Continue Trial[1] on September 17, 2007.  Defendant Clayton timely filed a Response[2] and Defendant Peterson timely filed a Memorandum in Opposition.[3] Plaintiff stated in his Reply Brief that he "would proceed to trial on October 9th so long as no party is permitted to call a use-of-force expert."[4]

---

[1] Docket No. 236.

[2] Docket No. 240.

[3] Docket No. 241.

[4] Pl. Reply Br. at 5 (Docket No. 242).

1

The Court issued an Order granting the Motion to Continue.[5] Of particular concern to the Court was the potential for unfairness if Defendant was to call a use-of-force expert while Plaintiff was not. Defendant Peterson then filed a Stipulation[6] agreeing to forego the use of their use-of-force expert at trial. This filing negated the potential prejudice which prompted the Court to grant the continuance in the first instance.

In light of Defendant Peterson's willingness to not call his use-of-force expert and Plaintiff's statement in his Reply Brief, the Court will accept the Stipulation filed by Defendant Peterson. Thus, the Court will deny the Motion for Continuance and proceed to trial on October 9, 2007.

DATED   September 24, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[5] Docket No. 243.

[6] Docket No. 244.