IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>OREM CITY, et al.,<br><br>    Defendants, | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE<br><br><br><br>Case No. 2:02-CV-253 TS |

Plaintiff, in its Amended Pretrial Disclosures[1] identify a number of exhibits it intendeds to offer at trial, including: a demonstrative computer generated diagram of the scene, a summary of officers called to chase/scene of shooting, and a demonstrative outline of David Walker's body. Defendant Clayton seeks to exclude these items pursuant to Fed.R.Civ.P. 37(c) because Plaintiff failed to provide these items to them under Fed.R.Civ.P. 26.[2]

---

[1] Docket No. 207.

[2] Defendant's Motion in Limine to Exclude Plaintiff's Summary of the Officers Called to the Chase/Scene, Docket No. 292; Defendant's Motion in Limine to Exclude Plaintiff's Demonstrative Outline of David Walker's Body, Docket No. 296; Defendant's Motion in Limine to Exclude Plaintiff's Demonstrative Computer Generated Diagram of Scene, Docket No. 323.

1

Plaintiff states that it does not intend to introduce a summary of the officers called to the chase/scene and does not intend to introduce a demonstrative computer generated diagram of the scene. Plaintiff has not objected to Defendant's Motion in Limine to Exclude Plaintiff's Demonstrative Outline of David Walker's Body.[3]

It is therefore

ORDERED that Defendants' Motions in Limine (Docket Nos. 292, 296, and 323) are GRANTED.

DATED   October 5, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[3] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.")

2