IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>OREM CITY, et al.,<br><br>    Defendants, | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT PETERSON'S MOTION IN LIMINE REGARDING DIVORCE<br><br><br><br>Case No. 2:02-CV-253 TS |

Defendant Peterson seeks to exclude any reference to his divorce or any relating proceedings. Plaintiff has not responded to this Motion.[1] As Peterson's divorce is irrelevant to the issues to be decided at trial and Plaintiff has submitted no objection, evidence relating to Defendant Peterson's divorce will be excluded. It is therefore

ORDERED that Defendant Peterson's Motion in Limine Regarding Divorce (Docket No. 275) is GRANTED.

---

[1] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.")

1

DATED   October 5, 2007.

                                       BY THE COURT:

                                       _____
                                       TED STEWART
                                       United States District Judge