IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER, et al.,<br><br>    Plaintiffs,<br><br><br>vs.<br><br><br>OREM CITY, et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE AUTOPSY PHOTOS OF DAVID WALKER'S BODY<br><br><br><br><br>Case No. 2:02-CV-253 TS |

Defendant Clayton seeks to prevent Plaintiff from presenting the autopsy photos of David Walker's body. Plaintiff has not filed an opposition to this Motion.[1] As a result of Plaintiff's failure to timely respond, the Court will grant the Motion.

It is therefore

ORDERED that Defendants' Motion in Limine to Exclude Autopsy Photos of David Walker's Body (Docket No. 330) is GRANTED.

---

[1] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.").

1

DATED   October 5, 2007.

        BY THE COURT:


        _____
        TED STEWART
        United States District Judge