IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER, et al.,<br><br>   Plaintiffs,<br><br><br>vs.<br><br><br>OREM CITY, et al.,<br><br>   Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION IN LIMINE REGARDING THE RELEVANCE OF ANTICIPATED TESTIMONY AND/OR THE DEPOSITION OF DR. J. WALLACE GRAHAM<br><br><br><br>Case No. 2:02-CV-253 TS |

Defendant Clayton seeks an order prohibiting Plaintiff from presenting the testimony and/or the deposition of Dr. J. Wallace Graham. Plaintiff states that it does not intend to call Graham.

It is therefore

ORDERED that Defendants' Motion in Limine Regarding the Relevance of Anticipated Testimony and/or the Deposition of Dr. J. Wallace Graham (Docket No. 304) is GRANTED.

1

DATED   October 5, 2007.

                              BY THE COURT:

                              _____
                              TED STEWART
                              United States District Judge