IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OREM, et al.,<br><br>Defendants. | ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE WITNESS STATEMENTS<br><br><br><br>Case No. 2:02-CV-253 TS |

This matter comes before the Court on Plaintiff's Motion in Limine to Exclude Witness Statements.[1] Defendant Harold Peterson and John Clayton both filed Oppositions to this Motion.[2]

For the same reasons stated in the Court's Order Denying Plaintiff's Motion in Limine to Exclude Reports and Testimony (Docket No. 365), it is therefore

ORDERED that Plaintiff's Motion in Limine to Exclude Witness Statements (Docket Nos. 305[3] and 306) is DENIED.

---

[1] Docket No. 306.

[2] Docket Nos. 344 and 347, respectively.

[3] Docket No. 305 was filed as a Motion in Limine to Exclude Evidence of Marijuana in the Subaru but is the same document as Docket No. 306.

1

DATED   October 9, 2007.

                          BY THE COURT:

                          _____
                          TED STEWART
                          United States District Judge