IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID WALKER,<br><br>     Plaintiff,<br><br><br><br>          vs.<br><br><br><br>CITY OF OREM, et al.<br>     Defendants. | MEMORANDUM DECISION AND<br>ORDER<br><br><br><br>Case No. 02-CV-253 TS |

Plaintiff filed Proposed Excerpts from the Testimony of Michael Baden[1] listing portions

of a June 4, 2004 deposition of Dr. Baden that Plaintiff intends to present during its case-in-chief.

Defendant Clayton filed an Opposition to Plaintiff's proposed use of the excerpts, in which

Defendant Peterson joined.[2]  Defendants argue that the deposition is inadmissible hearsay under

Rules 801 and 802 of the Federal Rules of Evidence.[3]  Plaintiff filed an Opposition to Defendant

Clayton's Opposition,[4] stating that Defendant Clayton "would not allow Dr. Baden to be called

---

[1]Docket No. 390.

[2]Docket No. 399.

[3]Docket No. 398.

[4]Docket No. 406.

Case 2:02-cv-00253-TS   Document 412   Filed 10/12/07   Page 2 of 2

by Plaintiff, even though Dr. Baden would be in Salt Lake City for the trial[.]"[5]   Therefore,

Plaintiff argues, the witness is "unavailable" to Plaintiff to testify at trial and the excerpts should

be admitted under Rule 804 of the Federal Rules of Evidence.  Both Defendants list Dr. Baden as

a witness to be called at trial.

The Court finds that Dr. Baden's deposition testimony is inadmissible.  Rule 804 allows

use of the deposition if the witness is unavailable.  Regardless of the representations made

between parties prior to the commencement of trial, Dr. Baden "will be available in court for

examination by all parties[]"[6] on October 17, 2007.  Thus, Plaintiff may elect to not rest its case

until after Dr. Baden testifies in court as to the subject matter excerpted and referred to in Docket

No. 390.  It is therefore

ORDERED that Defendant's Opposition to Plaintiff's Proposed Excerpts from the

Deposition of Michael Baden (Docket No. 398) is GRANTED.

DATED   October 11, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[5]*Id*. at 2.

[6]Def. Clayton's Opposition at 2, Docket No. 398.